1104

No. 76–5721. Kelley v. City of Cincinnati. Sup. Ct. Ohio. Certiorari denied.

No. 76–5725. Davis v. United States. C. A. 7th Cir. Certiorari denied.

No. 76–5726. Auler v. United States. C. A. 7th Cir. Certiorari denied.

No. 76–5727. Gardner v. United States. C. A. 2d Cir. Certiorari denied.

No. 76–5732. Marino v. United States. C. A. 3d Cir. Certiorari denied.

No. 76–5734. Trowery v. United States. C. A. 3d Cir. Certiorari denied.

No. 76–5736. Stevens v. New York. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 76–5743. Munz v. United States. C. A. 10th Cir. Certiorari denied.

No. 76–5756. Nolen v. Brown, Secretary of Defense, et al. C. A. 5th Cir. Certiorari denied.

No. 76–5757. Nolen v. Brown, Secretary of Defense. C. A. 5th Cir. Certiorari denied.

No. 76–5775. Rodriquez v. United States. C. A. 7th Cir. Certiorari denied.

No. 76–5789. Dinitz v. United States. C. A. 5th Cir. Certiorari denied.

No. 76–5804. Darnell v. United States. C. A. 8th Cir. Certiorari denied.